IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| ANDREW SCOTT RODRIGUEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 2:08-0124 |
| | ) | Judge Trauger |
| STRYKER CORPORATION, a Michigan | ) | |
| corporation, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

The Plaintiff's Objections to Defendants' Subpoena to Produce Documents to Philip A. Davidson, MD (Docket No. 89) is **DENIED WITHOUT PREJUDICE** for failure to comply with Paragraph F. of the Amended Initial Case Management Order (Docket No. 72 at 3). This objection is in the nature of a discovery dispute.

It is so **ORDERED**.

ENTER this 20th day of September 2010.

_____
ALETA A. TRAUGER
U.S. District Judge