Motion GRANTED.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | |
|---|---|
| ANDREW SCOTT RODRIGUEZ, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 2:08-cv-124 |
| ) | Judge Trauger |
| STRYKER CORPORATION, et al., ) | Magistrate Judge Bryant |
| ) | |
| Defendants. ) | |
| ) | |

**STRYKER'S MOTION FOR BRIEFING SCHEDULE AND FOR
LEAVE TO FILE REPLY BRIEFS**

Defendants Stryker Corporation and Stryker Sales Corporation ("Stryker Defendants") hereby move the court for an order setting and amending deadlines for response and reply briefs regarding the Stryker Defendants' dispositive motion (document 109) and motions to exclude expert witnesses (documents 99, 107, 113, 119, 122, 123, 127, 130, 132, and 135). The Stryker Defendants also seek leave to file reply briefs in support of their motions to exclude expert witnesses. Plaintiff does not object.

Currently, plaintiff must file a response to the dispositive motion by November 24, 2010, and the Stryker Defendants must file their reply by December 7, 2010. (Further Amen. Case Management Order, ¶ K; Fed. R. Civ. P. 6(d).) Plaintiff must file responses to the motions to exclude expert witnesses by November 18, 2010, and the Stryker Defendants may file replies upon leave of Court. (LR 7.01; Fed. R. Civ. P. 6(d).)

Plaintiff's counsel recently advised counsel for the Stryker Defendants that, given the number and complexity of the motions filed and the upcoming Thanksgiving holiday, plaintiff intends to ask the Court for a brief extension of his response deadlines. The Stryker Defendants do not object to such an extension. Plaintiff's counsel and counsel

1