# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# COOKEVILLE DIVISION

| | |
|---|---|
| ANDREW SCOTT RODRIGUEZ, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>STRYKER CORPORATION, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 2:08-cv-124<br>Judge Trauger<br>Magistrate Judge Bryant |

## ORDER

On motion of Defendants Stryker Corporation and Stryker Sales Corporation, and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED THAT:

(1) Plaintiff shall file and serve response briefs to the Stryker Defendants' dispositive motion (document 109) and motions to exclude expert witnesses (documents 99, 107, 113, 119, 122, 123, 127, 130, 132, and 135) by **November 29, 2010**.

(2) The Stryker Defendants are granted leave to file reply briefs regarding their motions to exclude expert witnesses. The Stryker Defendants shall file and serve such reply briefs, and any reply brief regarding their dispositive motion, by **December 13, 2010**.

It is so ORDERED.

Entered this the 12th day of November, 2010

_____
United States District Judge