UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | | |
|---|---|---|
| ANDREW SCOTT RODRIGUEZ, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:08–0124 |
| | ) | Judge Trauger |
| v. | ) | |
| | ) | |
| STRYKER CORPORATION and STRYKER | ) | |
| SALES CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

For the reasons expressed in the accompanying Memorandum, the defendants' Motion for Summary Judgment (Docket No. 109) is **GRANTED** and this case is **DISMISSED**. The other pending motions regarding expert testimony (Docket Nos. 99, 107, 113, 119, 122, 123, 127, 130, 132, and 135) are **DENIED AS MOOT**. As a housekeeping matter, the two pending motions for leave to file documents under seal (Docket Nos. 114 and 118) are **GRANTED**.

It is so ordered.

Enter this 5th day of January 2011.

_____
ALETA A. TRAUGER
United States District Judge