# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NORTHEASTERN DIVISION

| | |
|---|---|
| ANDREW SCOTT RODRIGUEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 2:08-0124 |
| ) | Judge Trauger |
| STRYKER CORPORATION, a Michigan ) | |
| corporation, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## O R D E R

It is hereby **ORDERED** that the defendants shall respond to the plaintiff's Motion to Alter or Amend Judgment (Docket No. 186) by February 16, 2011.

It is so **ORDERED**.

ENTER this 3rd day of February 2011.

_____
ALETA A. TRAUGER
U.S. District Judge